UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jose R.,

      Petitioner,

v.

Jerome Kramer, Sheriff Lincoln County
Det C; Todd M. Lyons, Director ICE;
Markwayne Mullin, Sec. USCIS; and US
Department of Homeland Sec & Customs,

      Respondents.

File No. 26-cv-2489 (ECT/DJF)

**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on May 6, 2026.  ECF No. 2.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.      The Report and Recommendation [ECF No. 2] is **ACCEPTED**; and

2.      Petitioner Jose R.'s Petition for a Writ of Habeas Corpus [ECF No. 1] is

**DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1406(a).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 8, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court